■ GRANT MEABON, Plaintiff, v TOWN OF POLAND, Defendant and TOWN OF POLAND, Third-Party Plaintiff-Respondent. SHERWOOD A. CHAPMAN, Doing Business as CADILLAC CARPENTRY, Third-Party Defendant-Appellant. (Appeal No. 2.) [970 NYS2d 714]—Appeal from an order of the Supreme Court, Chautauqua County (James H. Dillon, J.), entered June 21, 2012. The order denied the motion of third-party defendant for leave to renew and to stay the trial.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Meabon v Town of Poland* (108 AD3d 1183 [2013]). Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.